UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORGE JAVIER RODRIGUEZ CABRERA,<br><br>　　Petitioner,<br><br>　　v.<br><br>JOHN MATTOS, *et al.*,<br><br>　　Respondents. | Case No. 2:25-cv-01551-GMN-EJY<br><br>**ORDER SERVING PETITION** |

　　Petitioner Jorge Javier Rodriguez Cabrera, who is represented by counsel, has filed a petition for federal habeas corpus relief under 28 U.S.C. § 2241, challenging his immigration detention at the Nevada Southern Detention Center. ECF No. 1.  Having conducted a preliminary review of the petition, the Court now directs that it be served on the respondents and sets a schedule for the respondents' appearance and response.

　　Along with his petition, Rodriguez Cabrera filed an Application for Order to Show Cause. ECF No. 8.  In that motion, Rodriguez Cabrera requests that the Court issue an order to show cause directing the respondents to respond to his petition within three days.  The Court determines, however, that in view of the issues raised by Rodriguez Cabrera's petition there is good cause to grant the respondents 20 days to respond. Therefore, the Court grants the Application for Order to Show Cause in part and denies it in part and gives the respondents 20 days for their response.

///

///

///

///

///

1

**IT IS THEREFORE ORDERED** that the Clerk of Court is directed to **SERVE** copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order upon the respondents as follows:

- By electronically serving a copy of the petition (ECF No. 1) and this Order, through CM/ECF, on the United States Attorney for the District of Nevada in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) by adding United States Attorney for the District of Nevada to the docket as an Interested Party and sending the documents to Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, caseview.ecf@usdoj.gov. This does not indicate acceptance of service.

- By sending a copy of the petition (ECF No. 1) and this Order by mail to: (1) John Mattos, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave., Pahrump, NV 89060; (2) Jason Knight, Salt Lake City Field Office Director, U.S. Immigration & Customs Enforcement, Enforcement and Removal Operations, 2975 Decker Lake Drive, Suite 100, West Valley City, UT 84119-6096; (3) Kristi Noem, Secretary of the Department of Homeland Security, 3801 Nebraska Ave. NW, Washington, DC 20528; and (4) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

**IT IS FURTHER ORDERED** that the respondents must appear in this action by **August 27, 2025**, and must file and serve a response to the Petition for Writ of Habeas Corpus (ECF No. 1) by **September 11, 2025**, unless additional time is allowed for good cause shown. Petitioner will have 15 days following the date the response is filed to file and serve a reply. Local Rule 7-2(b) will govern the schedule for briefing of motions.

**IT IS FURTHER ORDERED** that Petitioner's Application for Order to Show Cause (ECF No. 8) is **GRANTED IN PART AND DENIED IN PART**. The Court orders the habeas petition served on the respondents and orders the respondents to appear and respond to the petition, as described above.

DATED THIS 22 day of August, 2025.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE