# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Jorge Javier Rodriguez Cabrera )  Case # 2:25-cv-01551
)
)
Plaintiff(s), )  **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**
vs. )
John Mattos, Warden, Nevada Southern Detention Center, et al., )
)
Defendant(s). )
)  FILING FEE IS $250.00

_____Edward F. Ramos_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

    Kurzban Kurzban Tetzeli & Pratt, P.A.
    (firm name)

with offices at _____131 Madeira Avenue_____,
(street address)

___Coral Gables___, ___Florida___, ___33134___,
(city) (state) (zip code)

___(305) 444-0060___, ___eramos@kktplaw.com___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

    Jorge Javier Rodriguez Cabrera   to provide legal representation in connection with
    [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 09/21/2012 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Florida (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Florida Supreme Court | 9/21/2012 | 98747 |
| Supreme Court of the United States | 4/19/2021 | 314462 |
| U.S. Court of Appeals for the D.C. Circuit | 12/30/2020 | N/A |
| U.S. Court of Appeals for the Ninth Circuit | 10/1/2014 | N/A |
| U.S. Court of Appeals for the Eleventh Circuit | 9/13/2013 | N/A |
| U.S. District Court for the Southern District of Fla | 6/2/2014 | N/A |
| (Add'l courts on attachment) | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Florida Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 02/24/2025 | Petlinska v. Higgins | U.S. Dist. Ct. Dist. Nevada | Granted |
| 07/04/2025 | Lazo v. Bernacke | U.S. Dist. Ct. Dist. Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __Texas__ )
)
COUNTY OF __Harris__ )

___Edward F. Ramos___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__20th__ day of ____August____, 2025

LESTER SAURI
Notary Public - State of Florida
Commission # HH 503579
Expires on June 3, 2028

____Lester Sauri____
Notary Public or Clerk of Court

Notarized remotely online using communication technology via Proof.

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Anthony D. Guenther___, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____721 S. 6th Street_____,
(street address)

__Las Vegas__, __Nevada__, __89101__,
(city) (state) (zip code)

__(702) 589-5170__, __adg@adguentherlaw.com__.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Anthony D. Guenther_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

PLEASE NOTE THAT PETITIONER IS DETAINED IN THE CUSTODY OF IMMIGRATION AND CUSTOMS ENFORCEMENT AND THEREFORE CANNOT SIGN
_____
(party's signature)

_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/ Anthony D. Guenther_____
Designated Resident Nevada Counsel's signature

5651                        adg@adguentherlaw.com
Bar number                  Email address

APPROVED:

Dated: this __25__ day of __August__, 20_25_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## Additional Court Admissions for Edward F. Ramos

| Court Name | Admission Date | Bar Number (if applicable) |
|---|---|---|
| U.S. District Court for the District of Columbia | 4/5/2021 | FL0081 |
| U.S. District Court for the Central District of Illinois | 10/13/2015 | |
| U.S. Court of Appeals for the First Circuit | 1/7/2022 | 1202099 |
| U.S. District Court for the District of Maryland | 8/25/2023 | 30805 |
| U.S. District Court for the Southern District of Texas | 7/18/2024 | 3888096 |



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida  )

County of Leon  )

In Re: 0098747
Edward Fortunato Ramos
Kurzban Kurzban Tetzeli & Pratt, P.A.
131 Madeira Ave
Coral Gables, FL 33134-4515

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 21, 2012**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 20th day of **August, 2025**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar



PG:R10
CTM-364681