# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Jorge Javier Rodriguez Cabrera

    Plaintiff(s),

vs.

John Mattos, Warden, Nevada Southern Detention Center, et al.,

    Defendant(s).

Case #2:25-cv-01551

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____John P. Pratt_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Kurzban Kurzban Tetzeli & Pratt, P.A.
(firm name)

with offices at _____131 Madeira Avenue_____,
(street address)

_Coral Gables_, _Florida_, _33134_,
(city)   (state)   (zip code)

_(305) 444-0060_, _jpratt@kktplaw.com_.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_Jorge Javier Rodriguez Cabrera_ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___04/16/1998___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _Florida_____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Florida Supreme Court | 04/16/1998 | 135186 |
| New York | 05/26/2016 | 5396338 |
| District of Columbia | 08/02/1999 | 463663 |
| Supreme Court of the United States | 08/24/2001 | 239181 |
| U.S. Court of Appeals, D.C. Circuit | 10/15/2018 | N/A |
| U.S. Court of Appeals, Eleventh Circuit | 05/01/1998 | N/A |
| (additional courts on attachment) | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None.

7. That Petitioner is a member of good standing in the following Bar Associations.

The Florida Bar
The District of Columbia Bar
The New York Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 02/24/2025 | Petlinska v. Higgins | U.S. Dist. Ct. Dist. of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Florida         )
COUNTY OF Miami-Dade     )

___John P. Pratt___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__21__ day of __August__, __2025__.

_____
Notary Public or Clerk of Court

DANIELA KARLA PEREZ
Commission # HH 207036
Expires December 13, 2025

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Anthony D. Guenther___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____721 S. 6th Street_____,
(street address)

__Las Vegas__, __Nevada__, __89101__,
(city)           (state)        (zip code)

__(702) 589-5170__, __adg@adguentherlaw.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s)     Anthony D. Guenther     as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

PLEASE NOTE THAT THE PARTY IS IN THE CUSTODY OF IMMIGRATION AND CUSTOMS ENFORCEMENT AND THEREFORE CANNOT SIGN

(party's signature)

(type or print party name, title)

(party's signature)

(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*[signature]*
Designated Resident Nevada Counsel's signature

5651        adg@adguentherlaw.com
Bar number        Email address

APPROVED:

Dated: this   25   day of   August  , 20 25.

*[signature]*
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## Additional Court Admissions for John P. Pratt

| Court | Bar Number (if applicable) | Admission Date |
|---|---|---|
| U.S. Court of Appeals, 9th Circuit | | March 12, 2002 |
| U.S. Court of Appeals, 5th Circuit | | January 10, 2020 |
| U.S. District Court, District of Columbia | 793998 | July 11, 2011 |
| U.S. District Court, Southern District of Florida | 135186 | July 17, 1998 |
| U.S. District Court, Middle District of Florida | 135186 | August 22, 2019 |
| U.S. District Court, Southern District of Texas | 3888091 | July 18, 2024 |
| U.S. Court of Appeals, 8th Circuit | | October 28, 2024 |



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida  )

County of Leon  )

In Re: 0135186
John Patrick Pratt
Kurzban Kurzban Tetzeli & Pratt
131 Madeira Ave
Coral Gables, FL 33134-4515

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 16, 1998**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 21st day of **August, 2025**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-364795



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# John P Pratt

was duly qualified and admitted on August 2, 1999 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 01, 2025.*

JULIO A. CASTILLO
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.



# Appellate Division of the Supreme Court of the State of New York Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## John Patrick Pratt

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 26, 2016**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on May 7, 2025.

*Robert D. Mayberger*

Clerk of the Court

CertID-00230376



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022