# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ISMAEL SANCHEZ ROMAN,<br><br>          Plaintiff,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>          Defendants.<br><br>JORGE JAVIER RODRIGUEZ CABRERA,<br><br>          Plaintiff,<br><br>v.<br><br>JOHN MATTOS, *et al.*,<br><br>          Defendants. | Case No. 2:25-cv-01551-GMN-EJY<br>Case No. 2:25-cv-01684-GMN-EJY<br><br>**ORDER TRANSFERRING CASES** |

There are at least two actions pending in this district related to the putative class action before Judge Richard Boulware in Case No. 2:25-cv-01542-RFB-EJY. *See* 2:25-cv-01551-GMN-EJY; 2:25-cv-01684-GMN-EJY.

The actions involve similar questions of fact and the same question of law, and their assignment to the same district judge or magistrate judge is likely to effect a substantial savings of judicial effort. LR 42-1(a)(3). Moreover, it would entail substantial duplication of labor if the actions were heard by different judges. LR 42-1(a)(5).

Because the cases are related, assignment to the same judge is likely to result in a substantial savings of judicial effort and reduce duplication of labor. *See* Fed. R. Civ. P.

42(a) (allowing courts to issue orders to avoid unnecessary cost or delay, as will predictably occur here, when actions involving a common question of law or fact are pending before the court). Accordingly, the assigned judges agree to transfer Case Nos. 2:25-cv-01551-GMN-EJY and 2:25-cv-01684-GMN-EJY to the judge whom the earliest-filed action is assigned to for all further proceedings.

## Conclusion

The Clerk of Court is therefore kindly directed to transfer Case Nos. 2:25-cv-01551-GMN-EJY and 2:25-cv-01684-GMN-EJY to Judge Richard Boulware.

Dated: September __18__, 2025.

_____  
Gloria M. Navarro  
United States District Judge

_____  
Richard F. Boulware  
United States District Judge