AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jorge Javier Rodriguez Cabrera

           Petitioner,

v.

John Mattos et al

           Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:25-cv-01551-RFB-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Petitioner Jorge Javier Rodriguez Cabrera, and against Defendants John Mattos, Jason Knight, Pamela Bondi, Kristi Noem.

11/17/2025  
Date

DEBRA K. KEMPI  
Clerk

/s/MAM  
Deputy Clerk